UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:18-cr-145 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| CLYDE LESTER NAFTZGER | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 29) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Indictment; (2) accept Defendant's guilty plea to Count One of the one-count Indictment; (3) adjudicate Defendant guilty of theft of government money in violation of 18 U.S.C. § 641; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 6) until sentencing or further order of this Court.

Neither party has filed a timely objection to Magistrate Judge Steger's report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 29) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of theft of government money in violation of 18 U.S.C. § 641; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 6).

5. Defendant shall appear before the undersigned United States District Judge Travis R. McDonough for sentencing on **July 12, 2019, at 9:00 a.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**